## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

The Robert Nicoletti Family Trust,    :
                         Appellant    :
                                      :
            v.                        :
                                      :
                                      :    No. 1262 C.D. 2015
The School District of Philadelphia   :

## O R D E R

AND NOW, this 2nd day of March, 2016, the Memorandum Opinion

filed March 2, 2016, is amended to read:

HONORAB**L**E DAN PELLEGRINI, Senior Judge


_____
ANNE E. COVEY, Judge